## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| VEROL BLACKWOOD, | : No. 792 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| WELLSPAN HEALTH, YORK HOSPITAL, | : |
| WELLSPAN MEDICAL GROUP, FAMILY | : |
| HEALTH ASSOCIATES YORK, DR. | : |
| ROBERT PIZZIKETTI, M.D., CARDIAC | : |
| DIAGNOSTIC ASSOCIATES, P.C., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.